**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | No. 53 EAL 2024 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| F.A. REALTY INVESTORS | : | |
| CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF:  AGNES FREMPONG AND | : | |
| STEVE FREMPONG | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is

**DENIED**.